IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROXANNE ARI,

        Plaintiff,                      No. 2:12-cv-1870 CKD P

    vs.

CLEAR TECH, et al.,

        Defendants.           ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding pro se who seeks relief under 42 U.S.C. § 1983. On July 16, 2012, plaintiff filed a complaint against defendants Clear Tech and Music By Mail, both companies based in Brooklyn, New York. (Dkt. No. 1 at 2-3.) Plaintiff seeks $25,000 in damages. (Id. at 3.)

////
////
////
////
////
////
////

1

1       Original jurisdiction exists in cases of complete diversity, where each of the plaintiffs is a citizen of a different state than each of the defendants, and the amount in controversy exceeds $ 75,000.  28 U.S.C. § 1332(a).  Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the date of this order, plaintiff shall file and serve papers showing cause why this action should not be dismissed for lack of jurisdiction.

Dated: July 30, 2012

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

2 / ari1870.osc