IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROXANNE ARI,

        Plaintiff,                    No. 2:12-cv-1870 CKD P

    vs.

CLEAR TECH, et al.,

        Defendants.           ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding pro se who seeks relief under 42 U.S.C. § 1983.  On July 16, 2012, plaintiff filed a complaint against defendants Clear Tech and Music By Mail, both companies based in Brooklyn, New York.  (Dkt. No. 1 at 2-3.)  Plaintiff seeks $25,000 in damages.  (Id. at 3.)

////
////
////
////
////
////
////

1

1  Original jurisdiction exists in cases of complete diversity, where each of the
2  plaintiffs is a citizen of a different state than each of the defendants, and the amount in
3  controversy exceeds $ 75,000.  28 U.S.C. § 1332(a).  Good cause appearing, IT IS HEREBY
4  ORDERED that within fourteen days from the date of this order, plaintiff shall file and serve
5  papers showing cause why this action should not be dismissed for lack of jurisdiction.

Dated: July 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / ari1870.osc